UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

CATALIN M. NICOLESCU,            )
         Plaintiff,            )
                            )
       vs.            )            1:06-cv-1538-RLY-TAB
                            )
MICHAEL R. MORRIS,            )
         Defendant.            )

### ORDER ON DEFENDANT'S MOTION TO DISMISS

Defendant, Michael R. Morris, moves to dismiss Plaintiff's Complaint for failure to serve him with process in accordance with the Federal Rules of Civil Procedure.  After reading Plaintiff's response, Defendant now states that he has no objection to the court ordering that proper service be had within 120 days from the time Plaintiff filed her Complaint (i.e., January 19, 2007) as required by FED.R.CIV.P. 4(m), or, in the alternative, to order Plaintiff to forward a waiver of service to Defendant in compliance with FED.R.CIV.P. 4(d).  Accordingly, Defendant's motion is **DENIED**.


**SO ORDERED** this  20th  day of December 2006.

                                RICHARD L. YOUNG, JUDGE
                                United States District Court
                                Southern District of Indiana

Electronic Copies to:

Donald G. Banta
INDIANA STATE ATTORNEY GENERAL
Donald.Banta@atg.in.gov

Jeffrey S. McQuary
BROWN TOMPKINS LORY
jmcquary@brown-tompkins-lory.com

Cory Christian Voight
INDIANA STATE ATTORNEY GENERAL
cory.voight@atg.in.gov