UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CATALIN M. NICOLESCU, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-1538-RLY-TAB |
| | ) | |
| MICHAEL R. MORRIS, | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Comes now the court, having this day granted summary judgment in favor of the Defendant, Michael R. Morris, now enters final judgment in his favor, and against the Plaintiff herein, Catalin M. Nicolescu.

**SO ORDERED** this 27th day of November 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Electronic Copies to:

Donald G. Banta
INDIANA STATE ATTORNEY GENERAL
Donald.Banta@atg.in.gov

Jeffrey S. McQuary
BROWN TOMPKINS LORY
jmcquary@brown-tompkins-lory.com

Cory Christian Voight
INDIANA STATE ATTORNEY GENERAL
cory.voight@atg.in.gov